# EXHIBIT 1

## <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

*Fair Labor Standards Act*, 29 U.S.C. §216(b)

I hereby consent to become a party plaintiff in the foregoing action.

Date: 07/29/2021

_____
Joshua Pair