# EXHIBIT 2

Postal Fleet Services, Inc.
The Stageline Company
Post Office Box 1731
St. Augustine, Florida 32085

June 14, 2021

Postal Fleet and Stageline Employees:

    As some of you may have heard, Postal Fleet Services, Inc. ("PFS") and The Stageline Company ("Stageline") have an ongoing dispute with the United States Postal Service (the "USPS"). The USPS recently made the unilateral decision to setoff amounts they claim to have over-advanced on Direct Route Optimization contracts against amounts otherwise due to PFS and Stageline. As a result of the USPS's nonpayment, PFS and Stageline will be unable to fund the May 16-28, 2021 payroll under the HCR and CDS contracts which the USPS cancelled effective May 28, 2021.

    We are preparing to sue the USPS for non-payment. Unfortunately, it will likely take many months to resolve that claim. We apologize for the hardship we know this will cause.

Very truly yours,

        POSTAL FLEET SERVICES, INC.

-and-

        THE STAGELINE COMPANY