IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSHUA PAIR and WILLIAM GARNER, individually and on behalf of all others similarly situated,<br><br>      **Plaintiffs,**<br><br>v.<br><br>POSTAL FLEET SERVICES, INC., THE STAGELINE COMPANY, VILANO EMPLOYMENT SERVICES, INC., LESLIE DORRIS and BRENDA DORRIS,<br><br>      **Defendants.** | Case No. CIV-21-00759-C |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND PROCEEDINGS

This matter comes before the Court on the Joint Motion to Stay all Deadlines and Proceedings [ECF # 33] of Plaintiffs Joshua Pair and William Garner (collectively "Plaintiffs") along with Defendants, Postal Fleet Services, Inc., The Stageline Company, Vilano Employment Services, Inc., Leslie Dorris, and Brenda Dorris (collectively "Defendants"),

The Court finds that there is good cause for and that the Joint Motion is hereby **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Joint Motion to Stay all Deadlines and Proceedings is hereby **GRANTED**, and that all current deadlines, including discovery, and all future proceedings in this matter are stayed until May 31, 2023.

DATED this 30th day of November 2022.

_____
ROBIN J. CAUTHRON
United States District Judge